# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

KAREN DALEY,

      Plaintiff,

v.                                                                                    CASE NO. 6:11-CV-1678-Orl-36GJK

CISS. INC.,

      Defendant.

_____/

## ORDER

This cause comes before the Court on the Report and Recommendation of Magistrate Judge Gregory J. Kelly, filed on April 4, 2012 (Doc. 23). In the Report and Recommendation, Magistrate Judge Kelly recommends that the Parties' Joint Supplemental Motion to Approve Settlement (Doc. 22) be granted to the extent the Court finds the consideration paid to Plaintiff is fair and reasonable. On April 4, 2012, the Parties filed a Joint Notice of No Objection to the Report and Recommendation (Doc. 25). As such, this matter is ripe for review.

After careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects. The Court is satisfied that the settlement reached between the parties is a "fair and reasonable resolution of a bona fide dispute" of the claims raised pursuant to the Fair Labor Standards Act. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir.1982); 29 U.S.C. § 216.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 23) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. The Parties' Joint Supplemental Motion to Approve Settlement (Doc. 22) is **GRANTED**. The Settlement is **APPROVED**, as it constitutes a fair and reasonable resolution of a bona fide dispute.

3. This action is **DISMISSED**, with prejudice.

4. The Clerk is directed to terminate any pending motions and deadlines and close this case.

**DONE AND ORDERED** at Orlando, Florida on April 9, 2012.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
COUNSEL OF RECORD